Harriet A. WELLING, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2009–3053.

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2009.

ON MOTION

*ORDER*

Upon consideration of Harriet A. Welling's motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Roger J. OWENS, Claimant–Appellant,

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2008–7160.

United States Court of Appeals,
Federal Circuit.

Feb. 18, 2009.

Lauren A. Weeman, Department of Justice, Michael J. Timinski, Jane C. Kang, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Roger J. Owens, Durham, NC, pro se.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.